**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| SHERI FLOURNOY, individually and on behalf of all others similarly situated,<br><br>                                        Plaintiff,<br><br>            - against -<br><br>ENHANCED RECOVERY COMPANY, LLC,<br><br>                                        Defendants. | Docket No: 1:17-cv-04207-WTL-TAB |

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' September 7, 2018 Stipulation of Dismissal, all claims asserted against Defendant ENHANCED RECOVERY COMPANY, LLC in Civil Action No: 1:17-cv-04207-WTL-TAB, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS 11th day of September, 2018.**

_William T. Lawrence_

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution to all registered counsel by electronic notification via CM/ECF